**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Madarang, </br></br> Plaintiff, </br></br> v. </br></br> Kay Sutton, </br></br> Defendant. </br> _____ | Case No. CV15-7511-R </br></br> **ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL** |

    Plaintiff/Parties were ordered to show cause in writing by not later than **April 14, 2016** why this action should not be dismissed for failure to submit a Proof of Service of summons and complaint as ordered in this Court's Order Re: Notice to Counsel;

    WHEREAS, this period has elapsed without any action by plaintiff/parties.

    The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated  April 15, 2016

                                            MANUEL L. REAL </br>
                                  United States District Judge